IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DONESHA PRUITT, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-7 |
| v. | |
| SIERRA BAY FREIGHT INC., d/b/a SIERRA BAY FREIGHT; and MARISA BUSTILLOS, | |
| Defendants. | |

**O R D E R**

Plaintiff filed her Complaint initiating this action on January 8, 2024. (Doc. 1.) On March 25, 2024, Plaintiff filed a "Stipulation of Dismissal without Prejudice," stating her intent to dismiss the case without prejudice. (Doc. 6.) Defendants, who apparently have not been served, have not filed answers or motions for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 29th day of March, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA